# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTONIO L. DOTSON                                                                                PETITIONER
ADC #149465

V.                              NO. 4:13CV00731 DPM/JTR

SHELIA SHARP, Director,                                                                        RESPONDENT
Arkansas Department of Community Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are without merit. *Doc. #9*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before March 6, 2014,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 7th DAY OF February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE