IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO L. DOTSON                                                          PETITIONER
v.                              No. 4:13-cv-731-DPM-JTR

SHELIA SHARP, Director, Arkansas
Department of Community Correction                                         RESPONDENT

ORDER

Unopposed recommendation, № 16, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). A certificate of appealability will not issue because Dotson hasn't made a substantial showing that the Constitution was violated in his case. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2015