IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO L. DOTSON                                              PETITIONER

v.                          No. 4:13-cv-731-DPM

SHELIA SHARP, Director, Arkansas
Department of Community Correction                             RESPONDENT

## JUDGMENT

Dotson's petition is dismissed with prejudice.

_DPMarshall Jr_
D.P. Marshall Jr.
United States District Judge

29 May 2015